| | | |
|---|---|---|
| John A. Lindholm, Jr.<br>Louis M. Dauerer<br>Edie A. Adams<br>Scott R. Goldstein<br>Paul A. Lahey<br>Eva M. Panchyshyn<br>Jaime A. Adames<br>Jacqueline L. Heubach | **OUIMETTE, GOLDSTEIN & ANDREWS, LLP**<br>Attorneys At Law<br>100 Crystal Run Road<br>Suite 112<br>Middletown, NY 10941<br><br>Telephone: (845)692-2272<br>Facsimile: (845)692-2032<br><br>Attorney Code: R500737 | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 03/01/2021 |

February 26, 2021

Honorable Judge Katharine Parker
United States Magistrate Judge

    Re:    Gallagher, Mark
              19-cv-08758
              SS No.: 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

Dear Honorable Katharine Parker:

> **The Clerk of Court is directed to mark the motion ECF #25 as granted. The the document ECF #24 has been deleted by Chambers.**
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 03/01/2021

    I am writing to the Courts to represent that I inadvertently filed a Brief with the Court today, February 26, 2021. I respectfully request the Brief be stricken from the docket and the parties will follow the Joint Stipulation Process as set forth in ECF # 10.

    I have conferenced this with the Counsel for the Agency and they have consented to my request. I will submit further documents per the Scheduling Order for this Social Security Case.

    Thank you for your time and consideration in this matter.

Very truly yours,

OUIMETTE, GOLDSTEIN & ANDREWS, LLP

By: _Scott Goldstein_
       Scott Goldstein

SG/pw