```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARK GALLAGHER,

                Plaintiff,                        19 **CIVIL** 8758 (VSB)(KHP)

      -v-                                                  **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,
                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 19, 2021, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the ALJ will be directed to offer the claimant an opportunity for a de nova hearing, take any further action needed to complete the administrative record, and issue a de nova decision.

**Dated:**  New York, New York
          April 20, 2021

                                                           **RUBY J. KRAJICK**

                                                               Clerk of Court
                                      **BY:**
                                                                **Deputy Clerk**